In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00037-CR
_____

**MARION LEROY JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-13376**

**MEMORANDUM OPINION**

In this appeal, counsel for the appellant filed a brief stating that there are no arguable points of error that would allow the appellant, Marion Leroy Jones,[1] to obtain relief from his conviction. After reviewing the record, we agree that no arguable issues support Jones's appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967).

---

[1] The record shows that Marion Leroy Jones is also known as Marion "Butterball" Leroy Jones.

1

In carrying out a plea bargain agreement, Jones pled guilty to robbery. *See* Tex. Penal Code Ann. § 29.02 (West 2011). Under the terms of Jones's plea agreement, the trial court deferred the adjudication of Jones's guilt, placed Jones on community supervision for ten years, and assessed a fine of $500.

Subsequently, by motion, the State asked the trial court to revoke its community supervision order and to find Jones guilty of robbery. After a hearing, the trial court found that Jones violated four of the terms of the trial court's deferred adjudication order, found Jones guilty of robbery, and then assessed a sentence of twenty years in prison.

On appeal, Jones's counsel filed a brief presenting counsel's professional evaluation of the record. The brief contains counsel's conclusion that Jones's appeal is frivolous. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time to allow Jones to file a *pro se* brief. While awaiting Jones's response, the trial court corrected a clerical error in the judgment and removed a fine not pronounced when Jones was sentenced. Jones did not file a *pro se* brief.

After reviewing the appellate record and the trial court's judgment *nunc pro tunc*, we agree with counsel's conclusion that no arguable issues support Jones's appeal. Therefore, we need not order the appointment of new counsel to re-brief

Jones's appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

Because no arguable issues support Jones's appeal, we affirm the trial court's *nunc pro tunc* judgment.[2]

AFFIRMED.

_____
HOLLIS HORTON
Justice

Submitted on November 27, 2013
Opinion Delivered December 11, 2013
Do Not Publish

Before McKeithen, C.J., Kreger, and Horton, JJ.

---

[2]Jones may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.